UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT

IN RE:                                    Case No.: 16-21892

CHARLES ROY BENDU              Chapter:   13

                    Debtor(s)
_____

HSBC BANK USA, NATIONAL
ASSOCIATION AS TRUSTEE ON
BEHALF OF SG MORTGAGE
SECURITIES TRUST 2007 AHL1 ASSET
BACKED CERTIFICATES, SERIES 2007
AHL1
and its assignees and/or
successors in interest,

                    Movant/Secured Creditor
v.
CHARLES ROY BENDU

                    Debtor(s)
_____

NOTICE OF SECURED CREDITOR'S
RIGHT TO COMMENCE FORECLOSURE PROCEEDINGS

THE CLERK WILL PLEASE note, and those to whom this notice is directed as

indicated in the certificate below, will please take notice that:

1.  The undersigned is counsel of record for HSBC Bank USA, National

Association as Trustee on behalf of SG Mortgage Securities Trust 2007 AHL1 Asset

Backed Certificates, Series 2007 AHL1, a secured creditor of the above referenced

Debtor(s) whose debt is secured by real property.

2.  Pursuant to the terms of the Consent Order Conditioning Stay, this Praecipe serves as the Secured Creditor's notice of its right to commence foreclosure proceedings pursuant to the deed of trust dated May 25, 2007, recorded at Liber 28135 at Page 532, among the land records of the County of Prince George's, for the property designated as 9402 Ardwick Ardmore Rd, Springdale, MD 20774, by virtue of the lifting of the stay of 11 U.S.C §362(a).

SHAPIRO & BROWN, LLP
Attorney for Movant

By:  /s/ Renee Dyson
William M. Savage, Esquire
Federal I.D. Bar No. 06335
Kristine D. Brown, Esquire
Federal I.D. Bar No. 14961
Thomas J. Gartner, Esquire
Federal I.D. Bar No. 18808
Gregory N. Britto, Esquire
Federal I.D. Bar No. 22531
Philip S. Shriver, Esquire
Federal I.D. Bar No. 20037
Renee Dyson, Esquire
Federal I.D. Bar No. 15955
SHAPIRO & BROWN, LLP
10021 Balls Ford Road, Suite 200
Manassas, Virginia 20109
(703) 449-5800
ECF@Logs.com
17-264784

Certificate of Service

I hereby certify that on the 21st day of February, 2018, the following person(s) were served a copy of the foregoing Notice in the manner described below:

Via CM/ECF Electronic Notice:

BENNIE R. BROOKS                           Debtor's Attorney
8201 CORPORATE DRIVE
SUITE 260
LANDOVER, MD 20785

Nancy Spencer Grigsby                      Trustee
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD 21401

Via First Class Mail, Postage Prepaid:

Charles Roy Bendu                          Debtor
9402 Ardwick Ardmore Rd
Springdale, MD 20774

                                /s/ Renee Dyson
                                William M. Savage, Esquire
                                Federal I.D. Bar No. 06335
                                Kristine D. Brown, Esquire
                                Federal I.D. Bar No. 14961
                                Thomas J. Gartner, Esquire
                                Federal I.D. Bar No. 18808
                                Gregory N. Britto, Esquire
                                Federal I.D. Bar No. 22531
                                Philip S. Shriver, Esquire
                                Federal I.D. Bar No. 20037
                                Renee Dyson, Esquire
                                Federal I.D. Bar No. 15955
                                SHAPIRO & BROWN, LLP
                                10021 Balls Ford Road, Suite 200
                                Manassas, Virginia 20109
                                (703) 449-5800
                                ECF@Logs.com

17-264784